THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HERNANDEZ, Appellant. [877 NYS2d 710]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered January 9, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the second degree.

It is hereby ordered that said appeal is unanimously dismissed as moot (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.